IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC -6  AM 10: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS | ) CR. NO. 05-20425-B |
| LISA AYOTTE, | ) |
| Defendant. | ) |

## ORDER ON GUILTY PLEA

This cause came on to be heard on December 5, 2005, the United States Attorney for this District, Stuart Canale, appearing for the Government and the defendant, Lisa Ayotte, appearing in person and with counsel, Lorna McClusky, representing the defendant.

With leave of the Court and through counsel, the defendant entered a plea of guilty to Count 1 & 2 of the Information. Plea Colloquy was held and the Court accepted the guilty plea.

**SENTENCING** is hereby **SET** on **WEDNESDAY, MARCH 8, 2006, at 9:00 a.m.,** in Courtroom No.1, on the 11th floor before Judge J. Daniel Breen.

The defendant is released on bond.

**ENTERED** this the ___6th___ day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20425 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT